UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kamboj LLC, a California Limited Liability Company; and Sacramento Petroleum Inc., a California Corporation,<br><br>　　　　Defendants. | No.  2:14-cv-00561-GEB-AC<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

　　　　The parties filed a "Joint Notice of Settlement" on December 1, 2015, in which they state:

> [A] global settlement has been reached in the above-captioned case as to damages only. The case will proceed via noticed motion as to attorney fees/costs. The parties would like to avoid any additional expense, and further the interests of judicial economy.
>
> 　　The parties, therefore, appl[y] to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed after the motion for fees/costs is heard and settlement is funded.

(Notice of Settlement, ECF No. 15.)

　　　　Any party moving for attorney's fees/costs shall file the referenced motion no later than January 4, 2016; the motion shall be noticed for hearing on the earliest available regularly

1

1  scheduled law and motion hearing date.
2      Further, in light of the referenced settlement, the
3  final pretrial conference scheduled on December 21, 2015, and
4  trial scheduled to commence at 9:00 a.m. on March 22, 2016, are
5  vacated.
6      A status conference is scheduled to commence at 9:00
7  a.m. on March 28, 2016, in the event no dispositional document is
8  filed, or if this action is not otherwise dismissed. A joint
9  status report shall be filed fourteen (14) days prior to the
10 status conference.
11     IT IS SO ORDERED.
12 Dated:  December 3, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2